UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SEALES, | 1:07-cv-01384 TAG |
| Plaintiff, | |
| vs. | ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | (Doc. 15) |
| Defendant. | |

On April 1, 2008, the parties filed a Stipulation for an order extending the time for Plaintiff to file his opening brief. (Doc. 15). The Court has read and considered the Stipulation, and finds that good cause exists to grant the requested extension of time.

Accordingly, the request for an extension of time is GRANTED. Plaintiff shall have to and including May 5, 2008 to file his opening brief.

This Order is made nunc pro tunc to April 1, 2008.

IT IS SO ORDERED.

Dated:  **April 9, 2008**                                          **/s/ Theresa A. Goldner**
                                                                                    UNITED STATES MAGISTRATE JUDGE