McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
AMITA BAMAN TRACY
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8943
   Facsimile: (415) 744-0134
   E-Mail: amita.tracy@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| STEVEN SEALES,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 1:07-cv-1384-AWI-TAG<br><br>STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is June 4, 2008. The new due date will be July 7, 2008.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated: June 4, 2008                    /s/ Henry Reynolds
                                      (As authorized via telephone)
                                      HENRY REYNOLDS
                                      Attorney for Plaintiff

Dated: June 4, 2008                    McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      /s/ Amita Baman Tracy
                                      AMITA BAMAN TRACY
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

<u>ORDER</u>

IT IS SO ORDERED.

Dated:  **June 6, 2008**                             **/s/ Theresa A. Goldner**
                                                                          UNITED STATES MAGISTRATE JUDGE